## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Paul Andrus and Ronald Berresford, individually and as representatives of a class of similarly situated persons, and on behalf of the New York Life Agents Progress-Sharing Investment Plan and the New York Life Insurance Company Employee Progress-Sharing Investment Plan,<br><br>        Plaintiffs,<br><br>    v.<br><br>New York Life Insurance Company, New York Life Investment Management LLC, New York Life Investment Management Holdings LLC, Cornerstone Capital Management Holdings LLC, Cornerstone Capital Management LLC, Board of Trustees of the New York Life Agents Progress-Sharing Investment Plan, Board of Trustees of the New York Life Insurance Company Employee Progress-Sharing Plan, Maria J. Mauceri, Barry A Schub, John Y. Kim, Arthur H. Seter, Drew E. Lawton, Michael M. Oleske, Robert J. Hynes, and Johns Does 1–30,<br><br>        Defendants. | Case No. 1:16-cv-05698-KPF<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Please take notice that, upon the accompanying Memorandum of Law, the Declarations of Kai Richter and Richard Simmons (and the exhibits to those Declarations), the previously-filed Declarations of Paul Andrus and Ronald Berresford (ECF Nos. 67 and 68), and all files records and proceedings in this matter, Plaintiffs will move this Court, before the Honorable Katherine Polk Failla, at the United States Courthouse located at 40 Foley Square, New York, New York, pursuant to Federal Rule

of Civil Procedure 23, for an order granting final approval to the parties' Class Action

Settlement Agreement (which was previously filed with the Court at ECF No. 66-1).  A

proposed Final Approval Order is being submitted in connection with this motion and is

also attached as an exhibit to the Settlement Agreement (see ECF No. 66-6).  **This**

**motion is not opposed by Defendants as parties to the Settlement Agreement.**

Dated: June 1, 2017                                **NICHOLS KASTER, PLLP**

/s/ Kai H. Richter
Michelle R. Fisher, NY Bar Code #MF4600
Kai H. Richter, MN Bar No. 0296545*
Carl F. Engstrom, MN Bar No. 0396298*
Brandon T. McDonough, MN Bar No. 0393259*
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
Tel: 612-256-3200
Fax: 612-338-4878
fisher@nka.com
krichter@nka.com
cengstrom@nka.com
bmcdonough@nka.com
*admitted *pro hac vice*

*Attorneys for Plaintiffs*